# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Maria Nelson and Michelle Garza, on behalf of
themselves and all others similarly situated

*Plaintiff*

**V.**

Platinum US Distribution, Inc. d/b/a Wellnx Life
Sciences, USA, Wellnx Life Sciences, Inc.,Wellnx Life
Sciences DR, Inc.

*Defendant*

Civil Action No.   26cv0696-GPC-BJW

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory S. Weston
1405 Morena Boulevard Suite 201
San Diego, CA 92110
(619) 798-2006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  _____2/4/26_____



John Morrill
*CLERK OF COURT*

S/ _____A. Hazad_____

*Signature of Clerk or Deputy Clerk*

**Civil Action No.**   26cv0696-GPC-BJW                         Date Issued:        2/4/26

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* Platinum US Distribution and WellNX Life Sciences DR, Inc.

was received by me on *(date)* _____.

I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* Jamie Kelly authorized to accept _____, who is

designated by law to accept service of process on behalf of *(name of organization)* Platinum US

Distribution, Inc. and WellNX Life Sciences DR, Inc. _____ on *(date)* Tue, Feb 10, 2026 ; or

I returned the summons unexecuted because _____; or

Other *(specify)*:


My fees are $ 99.00_____ for travel and $ ___N/A_____ for services, for a total of $ 99.00_____.

I declare under penalty of perjury that this information is true.

Date: _____        *Isaiah Greene* _____
                                                                        *Server's Signature*

                                                        Isaiah Greene 1367519
                                                        _____
                                                                        *Printed name and title*

                                                        P.O. Box 38 Dover DE 19903
                                                        _____
                                                                        *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.