

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Maria Nelson, on behalf of themselves and
all others similarly situated et al.

**Civil No.** 26-cv-00696-GPC-BJW

**Plaintiff,**

**V.**

**DEFAULT**

Platinum US Distribution, Inc., doing
business as Wellnx Life Sciences, USA et al.

**Defendant.**

It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on February 04, 2026 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: Wellnx Life Sciences, Inc.

Entered On:  Mar 13, 2026

**JOHN MORRILL, Clerk of Court**

By:  s/ J. Olsen

J. Olsen, Deputy