**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
402 W. Broadway, Suite 400
San Diego, CA 92101
Telephone:  (619) 798-2006

**Counsel for Plaintiffs**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NELSON and MICHELLE GARZA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLATINUM US DISTRIBUTION, INC. d/b/a WELLNX LIFE SCIENCES, USA, WELLNX LIFE SCIENCES, INC. and WELLNX LIFE SCIENCES DR, INC.,<br><br>Defendants. | Case No. 3:26-cv-00696-GPC-BJW<br>Pleading Type: Class Action<br><br><br>**PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>Judge: The Honorable Gonzalo P. Curiel<br>Date: July 10, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 12A |

**TO THE COURT AND ALL PARTIES OF RECORD**:

Please take notice that on July 10, 2026 at 1:30 p.m. in Courtroom 6D of the United States Courthouse located at 333 West Broadway San Diego, CA 92101, Plaintiffs Maria Nelson and Michelle Garza will, and hereby do, respectfully move the Court for entry of judgment by default against Defendants Platinum US Distribution, Inc., WellNX Life Sciences, Inc., and WellNX Life Sciences DR, Inc. (collectively "Defendants") for an injunction and for Plaintiffs' restitution, damages, and punitive damages.

This motion is made on the following grounds:

1. Plaintiffs filed their Complaint on February 4, 2026. Dkt. 1.

2. On February 10, 2026, Defendant Platinum US Distribution was served with a copy of the Summons and Plaintiffs' Complaint. Doc. 9.

3. On February 17, 2026, Defendants WellNX Life Sciences, Inc. and WellNX Life Sciences DR, Inc. were served with a copy of the Summons and Plaintiffs' Complaint. Docs. 5-6.

4. On March 9, 2026, Plaintiffs filed a Request for Entry of Default as to Defendants Platinum US Distribution, Inc. and WellNX Life Sciences DR, Inc. The same day, the Court entered the default of Defendant WellNX Life Sciences, DR Inc. Doc. 8.

5. The following day, the Court entered the default of Defendant Platinum US Distribution, Inc. Doc. 10.

6. On March 11, 2026, Plaintiffs filed a Request for Entry of Default as to Defendant WellNX Life Sciences, Inc.

7. On March 13, 2026, the Court entered the default of Defendant WellNX Life Sciences, Inc. Doc. 12.

8. Defendants are not infants or incompetent, nor are they in military service such that the Soldiers' and Sailors' Civil Relief Act of 1940 would apply.

9. Defendants' deceptive labeling and advertising for SlimQuick violate California's UCL, FAL, and CLRA. Further, Defendants marketing and sale of SlimQuick violate California's "baby FDCA" statute, also known as the Sherman Law, and also

1

violate the Food, Drug, and Cosmetic Act, 21 U.S.C. 301 et seq. ("FDCA"), and subject to any individual manufacturing or selling them to liability for the sale of an unapproved new drug.

10.    Defendants have persisted in their willful violations of law and Plaintiffs' rights.

11.    By way of this Motion, Ms. Nelson seeks $1,080, and Ms. Garza seeks $700 in restitution and damages. Further, Plaintiffs seek an order declaring Defendants' advertising and sale of SlimQuick illegal, a permanent injunction enjoining Defendants from selling SlimQuick, and punitive damages of nine times their actual damages.

12.    This Motion is based upon this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities and Declaration of Gregory S. Weston, the Complaint, the Default by Clerk and other documents filed in this action, and upon such further evidence and argument as may be offered in support of the Motion.

DATED: April 28, 2026

Respectfully Submitted,

s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON

**Counsel for Plaintiffs**

2