**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
402 W. Broadway, Suite 400
San Diego, CA 92101
Telephone:  (619) 798-2006

**Counsel for Plaintiffs**

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NELSON and MICHELLE GARZA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLATINUM US DISTRIBUTION, INC. d/b/a WELLNX LIFE SCIENCES, USA, WELLNX LIFE SCIENCES, INC. and WELLNX LIFE SCIENCES DR, INC.,<br><br>Defendants. | Case No. 3:26-cv-00696-GPC-BJW<br>Pleading Type: Class Action<br><br>Case No. 5:25-cv-02264-FMO-DTB<br>Pleading Type: Class Action<br><br>**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Judge: The Honorable Gonzalo P. Curiel<br>Date: July 10, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 12A |

*Nelson et al. v. Platinum US Distribution, Inc. et al.*, Case No. 3:26-cv-00696-GPC-BJW
DECLARATION OF GREGORY S. WESTON

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1.     I am counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Default Judgment.

2.     On September 9, 2025, Plaintiffs sent a CLRA demand letter to Defendants via Certified Mail with a return receipt requested.

3.     Defendants received Plaintiffs' demand letter, but failed to respond to the letter.

4.     Default was entered as to the Complaint filed in this action on February 4, 2026, which was assigned Case Number 3:26-cv-696-GPC-BJW. See Docs. 8, 10, and 12.

5.     Defendants are all corporations such that none of them are infants or incompetent persons, and the Service Members Civil Relief Act (50 U.S.C. App. § 521) does not apply

6.     Prior to filing this Motion, Plaintiffs provided written notice of their Motion for Default Judgment via First Class mail for each Defendant's respective registered agent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 28, 2026.

/s/ Gregory S. Weston
Gregory S. Weston

DATED: April 28, 2026                    Respectfully Submitted,


s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON

**Counsel for Plaintiffs**

1

*Nelson et al. v. Platinum US Distribution, Inc. et al.*, Case No. 3:26-cv-00696-GPC-BJW
DECLARATION OF GREGORY S. WESTON