**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
402 W. Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 798-2006

**Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA NELSON and MICHELLE GARZA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLATINUM US DISTRIBUTION, INC. d/b/a WELLNX LIFE SCIENCES, USA, WELLNX LIFE SCIENCES, INC. and WELLNX LIFE SCIENCES DR, INC.,<br><br>Defendants. | Case No. 3:26-cv-00696-GPC-BJW<br>Pleading Type: Class Action<br><br>**JOINT STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS.**<br><br>Judge: The Honorable Gonzalo P. Curiel<br>Location: Courtroom 12A |

Plaintiffs Maria Nelson and Michelle Garza ("Plaintiffs") and Defendants Platinum US Distribution, Inc., WellNX Life Sciences, Inc., and WellNX Life Sciences DR, Inc. (collectively "Defendants") hereby stipulate as follows:

WHEREAS, the Court entered default judgment as to Defendants Platinum US Distribution, Inc., WellNX Life Sciences, Inc., and WellNX Life Sciences DR, Inc. on June 17, 2026 (Doc. 15);

WHEREAS, the current deadline for Plaintiffs to file a Motion for Attorney's Fees and costs is August 5, 2026,

WHEREAS, the Parties are finalizing a settlement that would obviate the need for the Parties to brief, and the Court to decide, Plaintiffs' fee motion, and Defendants' planned motions to set aside the defaults and default judgment;

NOW, THEREFORE, the Parties hereby stipulate that the deadline for Plaintiffs to file their Motion for Attorneys Fees and costs be extended by 35 days, from August 5, 2026 to September 9, 2026.

IT IS SO STIPULATED.

DATED: July 31, 2026

Respectfully Submitted,

<u>s/ Gregory S. Weston</u>
GREGORY S. WESTON
**THE WESTON FIRM**
402 W. Broadway, Suite 400
San Diego, CA 92101

**<u>Counsel for Plaintiffs</u>**

<u>/s/Peter J. Farnese</u>
PETER J. FARNESE
**FARNESE PC**
2555 Townsgate Road, Suite 200
Westlake Village, CA 91361

**<u>Counsel for Defendants</u>**